

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2019

No. 04-19-00729-CV

Elsa **PRADO**, Individually and As Representative of the Estate of Rolando Prado, Jr., Deceased, and as Next Friend of A.P., Minor; Elizabeth Prado; Rolando Prado; and Maria Prado, Appellants

v.

**UNION PACIFIC RAILROAD COMPANY**,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 16-07-00095-CVL
Honorable Susan D. Reed, Judge Presiding

## O R D E R

On November 5, 2019, after the reporter's record was overdue and the court reporter advised this court that Appellants had not paid the fee to prepare the reporter's record, we ordered Appellants to provide written proof to this court that the fee has been paid.

On November 6, 2019, Appellants filed a written response showing they have made arrangements to pay the reporter's fee. Our November 5, 2019 order is satisfied.

The reporter's record is due on December 6, 2019. *See* TEX. R. APP. P. 35.3(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2019.

_____
Michael A. Cruz,
Clerk of Court